Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Telephone:   (213) 572-4300
Facsimile:    (213) 572-4400

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and PRIORITY RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>           Plaintiff,<br>   v.<br><br>RAYNELLE MANAMEA,<br><br>           Defendant. | Case No.: C06-2050 SBA<br><br>Honorable Saundra B. Armstrong<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE; ORDER** |

Plaintiffs Sony BMG Music Entertainment, Arista Records LLC, Virgin Records America, Inc., Warner Bros. Records Inc., UMG Recordings, Inc., and Priority Records LLC (collectively, "Plaintiffs") respectfully request that the Court vacate the Case Management Conference currently scheduled for July 26, 2006, at 3:00 p.m.  The Summons and Complaint in this matter were filed with the Court on March 17, 2006, and Defendant Raynelle Manamea ("Defendant") was served on March 24, 2006, by personal service.  Defendant has not responded to the Summons and Complaint

1  within the time prescribed by the Federal Rules of Civil Procedure.  Thus, per the Plaintiffs' request,
2  the Clerk of the Court entered Defendant's default on May 25, 2006.  Plaintiffs are preparing their
3  motion for a default judgment and permanent injunction against Defendant.  For these reasons, no
4  pre-trial scheduling or case management is needed in this matter.  Plaintiffs therefore request that the
5  Court vacate the Case Management Conference currently scheduled for July 26, 2006, at 3:00 p.m.

Dated:  July 19, 2006                                   LEEMORE LIBESMAN
                                                        HOLME ROBERTS & OWEN LLP


                                                  By:        */s/ Leemore Libesman*
                                                        Leemore Libesman
                                                        Attorney for Plaintiffs
                                                        SONY BMG MUSIC ENTERTAINMENT;
                                                        ARISTA RECORDS LLC; VIRGIN
                                                        RECORDS AMERICA, INC.; WARNER
                                                        BROS. RECORDS INC.; UMG
                                                        RECORDINGS, INC.; and PRIORITY
                                                        RECORDS LLC


### ORDER

Good cause having been shown,

IT IS ORDERED THAT the Case Management Conference, currently scheduled for July 26, 2006 at 3:00 p.m., is hereby CONTINUED to **September 6, 2006 at 2:30 p.m**.  In the event Plaintiffs file a motion for default judgment and permanent injunction by September 6, 2006, the Court will vacate the Case Management Conference at that time.

Dated:  _7/24/06                                        By: _____
                                                            Honorable Saundra B. Armstrong
                                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28