Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; VIRGIN RECORDS
AMERICA, INC.; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
AND PRIORITY RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and PRIORITY RECORDS LLC, a California limited liability company,,<br><br>       Plaintiff,<br>  v.<br><br>RAYNELLE MANAMEA,<br><br>       Defendant. | Case No.: CV-06-02050 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

      Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

      1.     Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eleven (11) sound recordings listed in Exhibit A to Plaintiffs' Complaint.  Accordingly, having adjudged to be in default, Defendant Raynelle Manamea ("Defendant") shall pay damages to Plaintiffs for infringement of

1  Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal
2  sum of Eight Thousand Two Hundred Fifty Dollars ($8,250.00).
3     2.   Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Two
4  Hundred Fifty Dollars ($250.00)
5     3.   Defendant shall be and hereby is enjoined from directly or indirectly infringing
6  Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Dress You Up," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);
- "Any Time Any Place," on album "Janet," by artist "Janet Jackson" (SR# 174-392);
- "Ain't Nut'in Personal," on album "Da Game Is To Be Sold, Not To Be Told," by artist "Snoop Dogg" (SR# 260-056);
- "Cold Hearted," on album "Forever Your Girl," by artist "Paula Abdul" (SR# 93-688);
- "Express Yourself," on album "Like a Prayer," by artist "Madonna" (SR# 106-808);
- "5 Steps," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);
- "What's Your Fantasy (Remix)," on album "Back For the First Time," by artist "Ludacris" (SR# 289-433);
- "All I've Ever Wanted," on album "Music Box," by artist "Mariah Carey" (SR# 178-631);
- "Thank God I Found You," on album "Rainbow," by artist "Mariah Carey" (SR# 276-595);
- "Don't Let Me Get Me," on album "Don't Let Me Get Me (single)," by artist "Pink" (SR# 309-896);
- "Grindin'," on album "Lord Willin'," by artist "Clipse" (SR# 321-673);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also

destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: 7/23/07      By:     *Saundra B. Armstrong*
                            Honorable Saundra Brown Armstrong
                            United States District Judge